UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON WELLS,<br><br>           Plaintiff,<br><br>     v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>           Defendant. | Case No. 25-cv-03718-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on August 5, 2025. Having considered the parties' proposal, *see* Dkt. No. 16, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Amendment of Pleadings/ Joinder | October 4, 2025 |
| Close of Fact Discovery | April 3, 2026 |
| Dispositive Motion Hearing Deadline | May 7, 2026, at 2:00 p.m. |
| Exchange of Opening Expert Reports | June 5, 2026 |
| Exchange of Rebuttal Expert Reports | June 19, 2026 |
| Close of Expert Discovery | July 3, 2026 |
| Pretrial Conference | August 4, 2026 at 3:00 p.m. |
| Jury Trial (5 days) | August 17, 2026, at 8:30 a.m. |

//

//

//

//

1   These dates may only be altered by order of the Court and only upon a showing of good
2   cause. The parties are directed to review and comply with this Court's standing orders.
3   **IT IS SO ORDERED.**
4   Dated: 8/13/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge